IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 26-*12* (*SCC*) |
| JOSÉ NÚÑEZ-TORRES,<br>Defendant | VIOLATION:<br>18 U.S.C. § 2199<br>8 U.S.C. § 1325(a)<br>(TWO COUNTS) |

RECEIVED & FILED
CLERK'S OFFICE
JAN 1 2 2026
US DISTRICT COURT
SAN JUAN, PR
4:44
mds

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Stowaway on a Vessel
(Title 18, *United States Code*, Section 2199)

On or about December 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSÉ NÚÑEZ-TORRES,**

having boarded, entered and secreted himself aboard a vessel, to wit: the Tugboat Southern Dawn/Charlotte Bride Barge, near the Dominican Republic, outside the jurisdiction of the United States, with the intent of obtaining transportation and without the consent of the owner, charterer, master and person in command of said vessel, and having with like intent remained aboard said vessel after the vessel left the Dominican Republic, was thereon when the vessel reached the Port of San Juan Pier in San Juan, Puerto Rico, within the jurisdiction of the United States. All in violation of Title 18, *United States Code*, Section 2199.

## COUNT TWO
### Improper Entry by Alien
(Title 8, *United States Code*, Section 1325(a))

On or about December 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSÉ NÚÑEZ-TORRES,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), knowingly

attempted to enter and entered the United States, at any time or place other than as designated by

immigration officers. All in violation of 8 U.S.C. § 1325(a).


W. STEPHEN MULDROW
United States Attorney


_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit


_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL


Foreperson
Dated: 1-12-26